UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:08-CR-24-H
CIVIL ACTION NO. 3:13-CV-660-H

UNITED STATES OF AMERICA     PLAINTIFF

v.

ANTWONE MAURICE SHAW     DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Defendant, Antwone Maurice Shaw, has moved pursuant to 28 U.S.C § 2255 to vacate, set aside or correct his 75-month sentence, which he now contends was imposed in violation of the Constitution and laws of the United States. This Court referred the matter to the Magistrate Judge for a recommendation. The Magistrate Judge issued Findings of Fact, Conclusions of Law and a Recommendation that Defendant's motion to vacate be denied and that he be denied a certificate of appealability. Defendant filed cogent objections to the Magistrate Judge's recommendation.

The Court recognizes that Defendant has made strong objections to the Magistrate Judge's recommendation. However, the Court cannot find sufficient reasons to disagree with those recommendations. The Magistrate Judge has done as well as this Court could to address the issues.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law of the Magistrate Judge are SUSTAINED and Defendant's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendant is GRANTED a certificate of appealability.

This is a final and appealable order.

cc: Counsel of Record
Magistrate Judge Dave Whalin